■ ANNA WENTWORTH et al., Appellants, v. CITY OF NEW YORK et al., Defendants, and IRVING RIVKIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.

■ ARTHUR J. MCQUADE, Acting Public Administrator of the County of New York, as Temporary Administrator of the Estate of OTTO CARSCH, Deceased, Appellant, v. CONRAD SZTYKGOLD, Respondent.— Order granting plaintiff's motion to examine a witness in Germany on written interrogatories, unanimously modified so as to require defendant to submit cross-interrogatories in accordance with the provisions of rule 126 of the Rules of Civil Practice (*Pavia & Co. S. P. A. v. Siegel Chem. Co.*, 1 A D 2d 655). Further relief, if warranted, may be extended to defendant upon the return of the answers to the written interrogatories. Settle order on notice. Order vacating and modifying plaintiff's demand for a bill of particulars unanimously modified so as to restore item 5 in its original form and items 8, 12 and 15. This plaintiff is entitled to particulars in regard to the defense of a special promise to answer for the debt of another, the exact bill of exchange in relation to which defendant claims there was a failure to protest and give notice of dishonor, the laws of the Republic of Germany relating to the alleged appointment of a receiver (*Greiner* v. *Freund*, 286 App. Div. 996) and the partial defense of part payment. The order is further modified to require defendant to produce all documents within thirty days after the entry of the order herein. Defendant can apply for an extension of time as to documents whose existence is established, but which defendant cannot immediately obtain because of circumstances beyond his control. Settle order on notice. Concur — Peck, P. J., Breitel, Cox and Frank, JJ. [See *post,* p. 950.]

■ FOREST CITY MANUFACTURING Co., Appellant, v. FRANK BERLIN, Respondent.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Cox and Frank, JJ. [See *post,* p. 950.]

■ KNOLLS COOPERATIVE SECTION No. 1, INC., Respondent, v. JOHN L. HENNESSY et al., Defendants. JOHN L. HENNESSY et al., Third-Party Plaintiffs-Respondents, v. SAMUEL SALTZMAN et al., Third-Party Defendants, and KINGSWAY SHEET METAL & ROOFING Co., INC., Third-Party Defendant-Appellant.— Appeal [from original order] unanimously dismissed. Order [as resettled] unanimously modified, without costs to either party, so as to provide that the issues to be tried before a jury be tried at Trial Term, and on the settlement of the order herein the other parties also may elect to have the main trial at Trial Term, without a jury, at the same time the jury issues shall be tried. Settle order on notice. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.

■ MOHAMMED HASSAN SADEGH BANKI, Respondent, v. LINEE AEREE ITALIANE, S. A., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The preference was allowable and was properly granted pursuant to rule 151 of the Rules of Civil Practice. Settle order on notice. Concur — Peck, P. J., Breitel, Cox and Frank, JJ.

■ CITY BANK FARMERS TRUST COMPANY, as Trustee under Indenture of Trust Made by WILLIAM W. ASTOR, v. HARRY COHEN et al., Individually and as Copartners Doing Business as CHELSEA DESK COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin and Cox, JJ. [See *ante,* p. 800.]

■ In the Matter of TISHMAN REALTY & CONSTRUCTION Co., INC., Respondent, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and HARRY N. ABRAMS et al., on Behalf of the Tenants' Committee of 33 East 70th Street, Intervenors-Appellants. In the Matter of HARRY N. ABRAMS et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, et al.,